IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-00009 |
| | ) | |
| JOSEPH SPENCER | ) | |

**ORDER OF COURT**

AND NOW, this 2nd day of March 2010, upon due consideration of the foregoing Motion for Continuance filed on behalf of Defendant Joseph Spencer:

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the hearing scheduled for March 8, 2010 in this case is rescheduled for Friday, March 26, 2010 at 9:30 AM;

IT IS FURTHER ORDERED that the delay occasioned by this motion and continuance thereof is deemed to be excluded under the Speedy Trial Act, because the Court finds that the failure to grant this continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by granting this motion outweigh the best interest of the defendant and the public in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

s/Gary L. Lancaster

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge

CC: Counsel of Record
    U.S. Marshal