IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-9 |
| | ) |
| JOSEPH SPENCER, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 9th day of April, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 25, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, May 7, 2010 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the hearing on defendant's pretrial motions, scheduled for May 7, 2010 at 1:30 p.m. is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      Joseph M. Yablonski, Esquire
      Yablonski, Costello & Leckie
      505 Washington Trust Building
      Washington, PA 15301

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services